# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# _____ DIVISION

Reuven Lewis
(Enter Above the Name of the Plaintiff in this Action)

1:17CV338

vs.

J. BARRETT

Megan J. Brennan Post Master General
(Enter above the name of the Defendant in this Action)

M.J. LITKOVITZ

If there are additional Defendants, please list them:

_____

_____

_____

_____

## COMPLAINT

This complaint is directed towards the United States Postal Service for the breach of a contractual agreement regarding a lost package worth $600.00 The package was insured.

**I. Parties to the action:**

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Reuven David Lewis
Name - Full Name Please - PRINT

4210 Turrill Street #2
Street Address

Cinti. OH 45223
City, State and Zip Code

513 429 5700
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Megan J. Brennan Post Master General
   Name - Full Name Please
   475 L'Enfant Plaza Washington DC 20260
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

On December the 15th of 2016, I stopped in at the Loveland Ohio Branch Post Office with a defective but replaceable Grado Phonograph Cartridge worth $600.00. Along with the phono cartridge, I had a printed copy of the proof of purchase sales receipt from Audio Classics in Binghampton New York.

When I stepped up to the Loveland Post Office counter with my cartridge and printed sales receipt, I told clerk #13 (I don't know the clerk's name) that I needed to mail my items to Grado Labs in Brooklyn New York and that the package needed to be insured for $600.00. Additionally, I told Clerk #13 that I needed to include in the package, a specific return of address form, of which I did not have with me at that time. And, that I would bring the completed package back to a Post Office Clerk, so that it would be mailed from a post office branch counter.

Postal Clerk #13 told me at that moment that he could prepare the package; applying postage stamps rather than marking the package with a meter stamp and that I could then mail the insured package by dropping it into a post office box at my own convenience. I then again asked the Loveland Branch Clerk #13 if my package would still be insured if I were to mail the package from a post office box and he reassured me by saying yes, and

that my package would be insured for $600.00 once he was finished with it.

At that point I trusted and agreed to the clerk's suggestion, so I allowed him to prepare the package with the postage stamps as well as scanning the insurance barcode that he had glued to the package. Then Clerk #13 charged me, then I payed, and Clerk #13 gave me a copy of the sales receipt, as well as the original insurance receipt. The insurance receipt included the package tracking number.

On that early evening of December the 15th of 2016, I went to work and while there, printed the return of address form that I didn't have with me when I went to the Loveland Branch Post Office. After completing the return of address form, I placed it inside the envelope with the phono cartridge and Audio Classics sales receipt. After work on that day of December the 15th, I dropped off the package in a post office box at the Hyde Park Paxton Road branch. I mailed the package somewhere between 10:00 and 11:30 pm.

Many weeks transpired and I was unable to track my package. I contacted the USPS customer service department and was told to request a search for the package and then to wait for several

more weeks before filing an insurance claim. I followed these instructions however many weeks had passed and it was obvious that the package could not be found. So I filed an insurance claim but it was denied. And, within this span of time, I had spoken with the Loveland Branch Post Master and she told me that she would help me with my insurance claim by calling the appropriate office however there is no evidence that she did anything. Also, I contacted the Hyde Park Paxton Branch Post Office Branch about the package that I dropped off in their post office box but was unable to make any progress. Meanwhile, my appeals for my insurance claim kept being denied even though I provided the necessary documents according to the policies listed on the USPS website.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |
| _____ | _____ | vs. | _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want the court to rule that the United States Postal Service pay for the insured package to the sum of $600.00 as well as any attorney and filing costs.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 11 day of May, 2017.

_____
Signature of Plaintiff

-4-