**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Reuven Lewis,

      Plaintiff,

      v.                              Case No. 1:17cv338

Postal Service (U.S.),                  Judge Michael R. Barrett

      Defendant.

<u>ORDER</u>

      Pursuant to notification by the Parties' Settlement Agreement (Doc. 10) filed on October 10, 2017 that this matter is settled;

      It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action.

      The Court retains jurisdiction.

      **IT IS SO ORDERED.**

                          *s/Michael R. Barrett*
                          Michael R. Barrett
                          United States District Judge